

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

**BY EMAIL**

December 5, 2022

The Honorable Valerie Figueredo
United States Magistrate Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Frank Schneider*
              **Docket No. S13 17 Cr. 630 (ER)**

Dear Judge Figueredo:

    On or about September 24, 2020, the above-captioned sealed Superseding Indictment was filed against defendant Frank Schneider, and an arrest warrant was placed under seal. The Government has determined that the Superseding Indictment can be unsealed, and respectfully requests that the Court order its unsealing.

                                         Respectfully submitted,

                                         DAMIAN WILLIAMS
                                         United States Attorney

                                By: */s/ Kevin Mead*
                                         Kevin Mead / Nicholas Folly / Juliana N.
                                         Murray
                                         Assistant United States Attorneys
                                         (212) 637-2211

SO ORDERED:

_____
HONORABLE VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK