

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

**MEMO ENDORSED**

*Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

October 9, 2024

**BY ECF**

The Honorable Edgardo Ramos
United States District Judge
United States Courthouse
New York, New York 10007

      Re:    *United States v. Mark Scott*, 17 Cr. 630 (ER)

Dear Judge Ramos:

      The undersigned Assistant United States Attorney is leaving the United States Attorney's Office for the Southern District of New York. Accordingly, the Government respectfully requests that the Court direct the Clerk of Court to terminate the appearance of the undersigned counsel on the above-captioned docket.

      Respectfully submitted,

      DAMIAN WILLIAMS
      United States Attorney

By:    /s/
      Nicholas Folly
      Assistant United States Attorney
      Tel.: (212) 637-1060

---

The application to withdraw as counsel of record is granted.
SO ORDERED.

*[signature]*

Edgardo Ramos, U.S.D.J.
Dated: 10/15/2024
New York, New York